**2014–0204. Reed v. Cocroft.**
In Procedendo. On consideration of respondent's answer and motion for judgment on the pleadings. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0237. Dean v. Frye.**
In Procedendo. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0239. Walker v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0256. Krupka v. Corrigan.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0271. State ex rel. Rittner v. Barber.**
In Procedendo. On motion to dismiss. Motion granted. On motion for stay. Motion denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0278. Ivery v. Saffold.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0279. State ex rel. Sultaana v. Corrigan.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2001–0314. State ex rel. Bristow v. Crawford Cty. Court of Common Pleas.**
In Prohibition. On motion to vacate pre-filing restriction. Motion denied.

O'DONNELL, J., dissents.

**2006–1259. State ex rel. Coles v. Granville.**
In Mandamus. On relator's motions for contempt and to strike of the estate of Vincent Ostrusina. Motions denied.

PFEIFER, J., dissents and would order MetroParks to either sue on the contract or commence an appropriations action under R.C. 163.05.

O'DONNELL, J., not participating.

**2013–0521. In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 11–326–EL–SSO. On motion for protective order of Industrial Energy Users of Ohio. Motion denied.

KENNEDY, J., dissents.

On motion for protective order of Ohio Power Company. Motion granted.

PFEIFER, J., dissents.

**2013–0941. State ex rel. Yeaples v. Gall.**
Cuyahoga App. No. 99454, 2013-Ohio-2207. On request for oral argument. Request granted.

O'DONNELL, J., dissents.

**2013–1733. State ex rel. Eversmann v. Hunter.**
Hamilton App. No. C–130502. On motion to dismiss appeal as moot. Motion granted. Cause dismissed.

**2013–1831. State ex rel. M.G. v. Hunter.**
Hamilton App. No. C–130540. On motion to dismiss appeal as moot. Motion granted. Cause dismissed.